ACCEPTED
12-15-00082-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/1/2015 10:16:30 AM
CATHY LUSK
CLERK

Appellate Docket Number: 

Appellate Case Style: Style:    David Mark Davis II

Vs.    State of Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/1/2015 10:16:30 AM
CATHY S. LUSK
Clerk

Companion Case: 

Amended/corrected statement:  ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court:   12th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I.  Appellant | II.  Appellant Attorney(s) |
|---|---|
| First Name:    David | ☐ Lead Attorney |
| Middle Name:    Mark | First Name:    None - Pro Se |
| Last Name:    Davis | Middle Name: |
| Suffix:    II. | Last Name: |
| Appellant Incarcerated?    ☐ Yes  ☒ No | Suffix: |
| Amount of Bond: $0.00 | ☐ Appointed          ☐ District/County Attorney |
| Pro Se:  ⦿ | ☐ Retained           ☐ Public Defender |
| Address 1:    11 Glenview Court | Firm Name: |
| Address 2: | Address 1: |
| City:    Lufkin | Address 2: |
| State:    Texas    Zip + 4:  75901 | City: |
| Telephone:    (936) 238-8507    ext. | State:    Texas    Zip+4: |
| Fax: | Telephone:    ext. |
| Email:    dmarkdavis2@gmail.com | Fax: |
| | Email: |
| | SBN: |

Add Another Appellant/ Attorney

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: STATE OF TEXAS

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☐ No

Amount of Bond:

Pro Se: ◯

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Ed

Middle Name: C

Last Name: Jones

Suffix:

☐ Appointed          ☒ District/County Attorney

☐ Retained           ☐ Public Defender

Firm Name: Angelina County Attorney's Office

Address 1: P. O. Box 1845

Address 2:

City: Lufkin

State: Texas          Zip+4: 75902

Telephone: 936-639-3929     ext.

Fax:

Email: ejones@angelinacounty.net

SBN: 10873300

Add Another Appellee/Attorney

**V. Perfection Of Appeal, Judgment And Sentencing**

Nature of Case (Subject matter or type of case): Traffic Offenses

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: March 31, 2015

Offense charged: Speeding

Date of offense: January 17, 2015

Defendant's plea: Nolo Contendere

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes  ☐ No

Was the trial by:  ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: March 31, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: $100 + Court Cost

Is the appeal from a pre-trial order?  ☒ Yes  ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes  ☒ No

**VI. Actions Extending Time To Perfect Appeal**

Motion for New Trial:  ☐ Yes  ☒ No     If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes  ☒ No     If yes, date filed:

Other:  ☐ Yes  ☒ No          If yes, date filed:

If other, please specify:

**VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)**

Motion and affidavit filed:  ☐ Yes  ☐ No  ☒ NA     If yes, date filed:

Date of hearing:                              ☒ NA

Date of order:                                ☒ NA

Ruling on motion:  ☐ Granted  ☐ Denied  ☒ NA     If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: County Court at Law #1

County: Angelina County, Texas

Trial Court Docket Number (Cause no): 15-0290

Trial Court Judge (who tried or disposed of the case):

First Name: Hon. Joe

Middle Name: Lee

Last Name: Register

Suffix:

Address 1: P. O. Box 908

Address 2:

City: Lufkin

State: Texas        Zip + 4: 75902

Telephone: 936-639-2204      ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk: ☐ District  ☒ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Mar 31, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☒ Yes ☐ No ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☒ Yes ☐ No

If yes, date requested: Mar 31, 2015

Were payment arrangements made with the court reporter/court recorder? ☒ Yes ☐ No ☐ Indigent

---

☒ Court Reporter        ☐ Court Recorder
☐ Official              ☐ Substitute

First Name: Unknown Name

Middle Name: Stated she would advise me of record cost

Last Name:

Suffix:

Address 1:

Address 2:

City:

State: Texas        Zip + 4:

Telephone:      ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: ▓▓▓▓▓▓▓▓▓                     Court: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Style: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    Vs. ▓▓▓▓▓▓▓▓▓

## X. Signature

_____
Signature of counsel (or Pro Se  Party)                     Date: March 31, 2015

David Mark Davis II
_____
Printed Name:                                               State Bar No: Pro Se

Electronic Signature: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓      Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
       (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  March 31, 2015          .

_____
Signature of counsel (or pro se party)        Electronic  Signature: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                                                     (Optional)

                                              State Bar No.:  Pro Se ▓▓▓▓▓▓▓

Person Served:   Ed C. Jones

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: March 31, 2015

Manner Served: Email

First Name: Ed

Middle Name: C

Last Name: Jones

Suffix:

Law Firm Name: Angelina County Attorney

Address 1: P. O. Box 1845

Address 2:

City: Lufkin

State Texas Zip+4: 75902

Telephone: ext.

Fax:

Email: ejones@angelinacounty.net